# **MEMORANDUM**

| Subject: | Date: |
|---|---|
| Cost of Duplicating the Answering Brief for the Commissioner of Internal Revenue | July 19, 2023 |

| From: | To: |
|---|---|
| Kate Sheehey, Executive Officer | David A. Hubbert, Deputy Assistant Attorney General |

    This is to certify that the cost for copies made in our Litigation Support Service Center, Main Justice Building, is 7 cents per page. Consequently, I certify that the cost of duplicating 7 copies of the answering brief for the Commissioner of Internal Revenue in *Bats Global Markets Holdings, Inc., and Subsidiaries v. Commissioner of Internal Revenue,* No. 22-9002, filed in the United States Court of Appeals for the Tenth Circuit is as follows:

Answering Brief for
the Appellee:     546 sheets duplicated at $0.07 per copy =     $38.22


Total:     $38.22

17443042.1

IN THE UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

| | |
|---|---|
| BATS GLOBAL MARKETS HOLDINGS, INC., and SUBSIDIARIES, | ) ) ) |
| Petitioner-Appellant, | ) ) |
| v. | ) No. 22-9002 ) |
| COMMISSIONER OF INTERNAL REVENUE, | ) ) ) |
| Respondent-Appellee. | ) |

## DECLARATION

CLINT A. CARPENTER, counsel for the appellee, the Commissioner, states as follows:

1. Rule 39(b) of the Federal Rules of Appellate Procedure provides that "[c]osts for or against the United States, its agency, or officer will be assessed under Rule 39(a) only if authorized by law." Under 28 U.S.C. § 2412(a)(1), "[e]xcept as otherwise specifically provided by statute, a judgment for costs, as enumerated in section 1920 of this title [exclusive of attorneys' fees] may be awarded to the prevailing party in any civil action brought by or against the United States or any agency or any official of the United States acting in his or her official capacity

17443042.1

in any court having jurisdiction of such action." Under 28 U.S.C. § 1920(4), taxable costs include the costs of copying papers necessarily filed in the case.

    2. I am an attorney employed in the Appellate Section of the Tax Division of the Department of Justice, and in that capacity, I have knowledge of the cost of duplicating the appellee's answering brief filed and served in the United States Court of Appeals for the Tenth Circuit in the above-entitled case. The total cost of duplicating said item was $38.22, as shown by the Tax Division's memorandum certifying in-house photocopying costs, dated July 19, 2023, and the total cost is correct to the best of my knowledge and belief and has been necessarily incurred.

    I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct. Executed on this 19th day of July, 2023, at Washington D.C.

                                            /s/ Clint A. Carpenter
                                     CLINT A. CARPENTER
                                          *Attorney*